VINCENZO, APPELLANT, *v.* NEWHART, APPELLEE.

(No. 40665—Decided June 28, 1967.)

*Mr. Howard M. Nazor* and *Mr. Gordon L. Nazor*, for appellant.

*Messrs. Sheldon & Warren* and *Mr. James C. Warren,* for appellee.

*Per Curiam.* The judgment is affirmed for the reasons stated in the Court of Appeals opinion, and the cause is remanded for a new trial.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, TROOP, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.

TROOP, J., of the Tenth Appellate District, sitting for MATTHIAS, J.